United States District Court
Southern District of Texas
**ENTERED**
January 27, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TODD MICHAEL BELANGER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:20-CV-04089 |
| | § | |
| MCDERMOTT INTERNATIONAL, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

The parties' motion to dismiss (Dkt. No. 33) is granted. The plaintiff, Todd Michael Belanger's claims are dismissed with prejudice.

Each party to bear its own costs and attorney fees.

It is so ORDERED.

SIGNED on January 27, 2023, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge